**No. 47004.**—Protest 47075–K of William Barnet & Son (New York).

Opinion by OLIVER, P. J. It appeared that the entry was liquidated on August 6, 1940, and the protest dated October 21, 1940, was filed with the collector at Albany on October 22, 1940. In view of section 514 it was held that the court was without jurisdiction in this case since the protest was not filed within 60 days

of the date of liquidation. In accordance therewith the defendant's motion to dismiss was granted.